# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Senior Judge John L. Kane

| | |
|---|---|
| Date: August 6, 2008 | Deputy Clerk: Bernique Abiakam |
| | Court Reporter: Darlene Martinez |

Criminal Action No.: 08-cv-00911-WYD-CBS

| | |
|---|---|
| MERCURY COMPANIES, INC., et al. | Mike Pankow |
| | Jeanine Anderson |
| Plaintiffs, | |
| v. | |
| THE FIRST AMERICAN CORPORATION, et al., | Stephen G. Blitch |
| | Frederick Baumann |
| | Marshall Wallace |
| Defendant. | |

| | |
|---|---|
| THE FIRST AMERICAN CORPORATION, et al., | Stephen G. Blitch |
| | Frederick Baumann |
| | Marshall Wallace |
| Counter Claimants, | |
| v. | |
| MERCURY COMPANIES, INC., et al. | Mike Pankow |
| | Jeanine Anderson |
| | Donald E. Scott |
| Counter Defendants. | |

## COURTROOM MINUTES

**Temporary Restraining Order**

**4:17 p.m.    Court in session.**

*(Presiding Senior Judge, John L. Kane)*

Court calls case.

Preliminary remarks by the Court.

4:20 p.m.   Argument by Mr. Blitch.

4:26 p.m.   Argument by Mr. Wallace.

4:31 p.m.   Further argument by Mr. Blitch.

4:33 p.m.   Argument by Mr. Pankow.

4:51 p.m.   Argument by Mr. Scott.

5:11 p.m.   Further argument by Mr. Blitch.

5:17 p.m.   Further argument by Mr. Pankow.

5:19 p.m.   Rulings by the Court.

**ORDERED:** **The First American Corporation's And First American Title Insurance Company's Motion For Temporary Restraining Order And Order To Show Cause Re: Preliminary Injunction Enjoining Sale Of Colorado Operations Of Mercury Companies, Inc. And Certification Under D.C.Colo.LCivR 65.1(A) (Filed 8/6/08; Doc. No. 17) is DENIED as specifed.**

**5:25 p.m.   Court in recess.**
Hearing concluded.
Time in court - 01:08