IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 08-cv-00911-WYD-CBS

MERCURY COMPANIES, INC.,
AMERICAN HERITAGE TITLE AGENCY, INC.,
d/b/a FIRST AMERICAN HERITAGE TITLE COMPANY OF DENVER;
SECURITY TITLE GUARANTY CO.,
TITLE AMERICA, INC., and
UNITED TITLE COMPANY, INC.,

    Plaintiffs,

v.

THE FIRST AMERICAN CORPORATION, and
FIRST AMERICAN TITLE INSURANCE COMPANY,

    Defendants.

and

THE FIRST AMERICAN CORPORATION, and
FIRST AMERICAN TITLE INSURANCE COMPANY,

    Counterclaimants,

v.

MERCURY COMPANIES, INC.,
AMERICAN HERITAGE TITLE AGENCY, INC.,
d/b/a FIRST AMERICAN HERITAGE TITLE COMPANY OF DENVER,
also d/b/a FIRST AMERICAN TITLE COMPANY OF DENVER,
also d/b/a FIRST AMERICAN HERITAGE TITLE COMPANY, INC.;
SECURITY TITLE GUARANTY CO.,
TITLE AMERICA, INC.,
UNITED TITLE COMPANY, INC., and
FIDELITY NATIONAL FINANCIAL, INC.

    Counterdefendants.

# MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

IT IS HEREBY ORDERED that Plaintiffs' Motion for Leave to File First Amended Complaint and Jury Demand (*doc. # 25)* is GRANTED. As of the date of this order, the Clerk of Court is instructed to accept for filing, the First Amended Complaint and Jury Demand (*doc no. 25-2*) tendered to the court on August 22, 2008.

IT IS FURTHER ORDERED that Plaintiffs' Unopposed Motion for Enlargement of Time to File Response to First Amended Counterclaim (*doc. # 27)* is GRANTED. Plaintiffs have up to and including **September 8, 2008** to respond to Defendants' Amended Counterclaim (doc. #16).

IT IS FURTHER ORDERED that Counterdefendant Fidelity National Inc.'s Unopposed Motion for Enlargement of Time to File Response to First Amended Counterclaim (*doc. # 29)* is GRANTED. The deadline for Fidelity National, Inc. to respond to Defendants' Amended Counterclaim (*doc. # 16)* is extended to **September 25, 2008**.

**DATED:**     September 3, 2008