## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Magistrate Judge Craig B. Shaffer

| | |
|---|---|
| **Civil Action No.: 08-cv-00911-WYD-CBS** | **FTR** - Reporter Deck - Courtroom A402 |
| **Date:** October 1, 2008 | **Courtroom Deputy:** Ben Van Dyke |

| | |
|---|---|
| MERCURY COMPANIES, INC., *et al.*, | Jeanine M. Anderson, via telephone |
| | Donald E. Scott, via telephone |
| **Plaintiffs,** | Rob K. Addy, via telephone |
| v. | |
| THE FIRST AMERICAN CORPORATION, *et al.*, | Joy T. Allen Woller, via telephone |
| | Kenneth F. Rossman, IV (ph) |
| **Defendants.** | |

## COURTROOM MINUTES/MINUTE ORDER

**HEARING: TELEPHONIC STATUS CONFERENCE**
**Court in Session:** 9:26 a.m.
Court calls case. Appearances of counsel.

Counsel discuss with the court issues of undue burden and scope relating to the Rule 30(b)(6) deposition notification of The First American Title Insurance Company.

**ORDERED:** The Motion for Protective Order {filed September 30, 2008; doc. 64] is granted in part and denied in part for the reasons stated on the record. The Rule 30(b)(6) deposition shall go forward as modified on the record to include topics 2, 3 (modified to the year 2001 forward), 7, and 8.

Counsel shall contact the court at (303) 844-2117 by 5:00 p.m. on October 2, 2008 to set a settlement conference.

HEARING CONCLUDED.

**Court in recess:** 10:21 a.m.  Total time in court: 00:55

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.