IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 08-cv-00911-WYD-CBS

MERCURY COMPANIES, INC.,
AMERICAN HERITAGE TITLE AGENCY, INC.,
d/b/a FIRST AMERICAN HERITAGE TITLE COMPANY OF DENVER;
SECURITY TITLE GUARANTY CO.,
TITLE AMERICA, INC., and
UNITED TITLE COMPANY, INC.,

       Plaintiffs,

v.

THE FIRST AMERICAN CORPORATION, and
FIRST AMERICAN TITLE INSURANCE COMPANY,

       Defendants.

and

THE FIRST AMERICAN CORPORATION, and
FIRST AMERICAN TITLE INSURANCE COMPANY,

       Counterclaimants,

v.

MERCURY COMPANIES, INC.,
AMERICAN HERITAGE TITLE AGENCY, INC.,
d/b/a FIRST AMERICAN HERITAGE TITLE COMPANY OF DENVER,
also d/b/a FIRST AMERICAN TITLE COMPANY OF DENVER,
also d/b/a FIRST AMERICAN HERITAGE TITLE COMPANY, INC.;
SECURITY TITLE GUARANTY CO.,
TITLE AMERICA, INC.,
UNITED TITLE COMPANY, INC., and
FIDELITY NATIONAL FINANCIAL, INC.

       Counterdefendants.

---

**MINUTE ORDER**

---

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

IT IS HEREBY ORDERED that the Unopposed Motion for Leave to File Second Amended Answer and Demand for Jury Trial and Counterclaims and Demand for Jury Trial (*doc. # 96)* is GRANTED. As of the date of this order, the Clerk of Court is instructed to accept for filing First American Corporation's and First American Title Insurance Company's Second Amended Answer to Complaint and Demand for Jury Trial, and Counterclaim and Demand for Jury Trial (*doc no. 96-2*) and all Exhibits (*doc. # # 96-3 through 96-9)* all tendered to the court on October 17, 2008.

IT IS FURTHER ORDERED that parties wishing to file a response to the Second Amended Answer and Counterclaims are instructed to do so within forty-five (45) days from the date of this minute order.

**DATED:** October 21, 2008

---