IN THE UNITED STATES DISTRICT COURT
                       FOR THE DISTRICT OF COLORADO
                          JUDGE WILEY Y. DANIEL

| | |
|---|---|
| Courtroom Deputy: Robert R. Keech | Date: October 14, 2008 |
| E.C.R./Reporter: Gwen Daniel | |

| | |
|---|---|
| Civil Action No: **08-cv-00911-WYD-CBS** | Counsel: |
| **MERCURY COMPANIES, INC., et al.**, | Donald E. Scott |
| | Sundeep K. Addy |
| Plaintiffs, | John M. Hughes |
| | Sean C. Grimsley |
| v. | |
| **FIRST AMERICAN CORPORATION, et al.**, | Frederick J. Baumann |
| | Stephen G. Blitch |
| Defendants. | Joy T. Woller |
| | Marshall C. Wallace |

                              COURTROOM MINUTES

**HEARING ON PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

**9:05 a.m.**   Court in Session

                APPEARANCES OF COUNSEL.

                Court's opening remarks.

                Plaintiffs' Motion for Preliminary Injunction (#40 - 9/18/08) is raised for argument.

9:10 a.m.       Plaintiffs' witness **Virginia Johnson** sworn.

                Direct examination by Plaintiffs (Mr. Grimsley).
                *EX ID:*     17, 4, 20, 21, 58

**Exhibit/s 4, 17, 20, 21, 58 RECEIVED.**

Judge Wiley Y. Daniel
08-cv-00911-WYD-CBS - Courtroom Minutes

| | |
|---|---|
| 9:57 a.m. | Cross examination by Defendant (Mr. Wallace).<br>***EX ID:***    ***4, 20, 68, 80*** |

**Exhibit/s 68, 80 RECEIVED.**

| | |
|---|---|
| 10:35 a.m. | Re-Direct examination by Plaintiffs (Mr. Grimsley). |
| 10:42 a.m. | Re-Cross examination by Defendants (Mr. Wallace). |
| 10:43 a.m. | Court's examination of witness. |
| 10:47 a.m. | Re-Direct examination by Plaintiffs (Mr. Grimsley). |
| 10:49 a.m. | Plaintiffs rest |
| **10:49 a.m.** | Court in Recess |
| **11:09 a.m.** | Court in Session |
| 11:10 a.m. | Defendants' witness **Lynn Donner** sworn.<br><br>Direct examination by Defendants (Mr. Baumann). |
| 11:21 a.m. | Cross examination by Plaintiffs (Mr. Grimsley). |
| 11:29 a.m. | Re-Direct examination by Defendants (Mr. Baumann). |
| 11:33 a.m. | Defendants' witness **Parker Steven Kennedy** sworn.<br><br>Direct examination by Defendants (Mr. Blitch).<br>***EX ID:***    ***43, 4*** |

**Exhibit/s 43 RECEIVED.**

| | |
|---|---|
| 12:13 p.m. | Cross examination by Plaintiffs (Mr. Scott).<br>***EX ID:***    ***43, 4*** |
| **12:35 p.m.** | Court in Recess |

Judge Wiley Y. Daniel
08-cv-00911-WYD-CBS - Courtroom Minutes

| | |
|---|---|
| **1:53 p.m.** | Court in Session |

Defendants' witness **Parker Stephen Kennedy** resumes.

Cross examination by Plaintiffs continues (Mr. Scott).
*EX ID:* 19, *Deposition of Parker Stephen Kennedy (10/10/08) for purposes of impeachment*

2:26 p.m.   Re-Direct examination by Defendants (Mr. Blitch).
*EX ID:  Deposition of Parker Stephen Kennedy (10/10/08) for purposes of rehabilitation*

2:28 p.m.   Re-Cross examination by Plaintiffs continues (Mr. Scott).
*EX ID:  Deposition of Parker Stephen Kennedy (10/10/08) for purposes of impeachment*

2:30 p.m.   Re--Direct examination by Defendants (Mr. Blitch).
*EX ID:  Deposition of Parker Stephen Kennedy (10/10/09) for purposes of rehabilitation*

2:37 p.m.   Defendants rest

**Exhibit/s 1 through 3, 5 through 16, 18, 22 through 42, 44 through 67, 69 through 79 RECEIVED.**

Court outlines areas to be addressed in closing arguments.

2:40 p.m.   Argument by Plaintiffs (Mr. Scott).

**3:28 p.m.**   Court in Recess

**3:43 p.m.**   Court in Session

3:43 p.m.   Argument by Defendants (Mr. Baumann).

4:07 p.m.   Argument by Plaintiffs (Mr. Scott).

Judge Wiley Y. Daniel
08-cv-00911-WYD-CBS - Courtroom Minutes

**ORDERED:** Plaintiffs' Motion for Preliminary Injunction (#40 - 9/18/08) is **TAKEN UNDER ADVISEMENT.**

**4:18 p.m.** Court in Recess - HEARING CONCLUDED

**CLERK'S NOTE:** **EXHIBITS WERE RETURNED TO COUNSEL AT THE CONCLUSION OF THE HEARING.**

**TOTAL TIME: 5:20**