IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 08-cv-00911-WYD-CBS

MERCURY COMPANIES, INC.,
AMERICAN HERITAGE TITLE AGENCY, INC.,
d/b/a FIRST AMERICAN HERITAGE TITLE COMPANY OF DENVER;
SECURITY TITLE GUARANTY CO.,
TITLE AMERICA, INC., and
UNITED TITLE COMPANY, INC.,

    Plaintiffs,

v.

THE FIRST AMERICAN CORPORATION, and
FIRST AMERICAN TITLE INSURANCE COMPANY,

    Defendants.

and

THE FIRST AMERICAN CORPORATION, and
FIRST AMERICAN TITLE INSURANCE COMPANY,

    Counterclaim Plaintiffs,

v.

MERCURY COMPANIES, INC.,
AMERICAN HERITAGE TITLE AGENCY, INC.,
d/b/a FIRST AMERICAN HERITAGE TITLE COMPANY OF DENVER,
also d/b/a FIRST AMERICAN TITLE COMPANY OF DENVER,
also d/b/a FIRST AMERICAN HERITAGE TITLE COMPANY, INC.;
SECURITY TITLE GUARANTY CO.,
TITLE AMERICA, INC.,
UNITED TITLE COMPANY, INC., and
FIDELITY NATIONAL FINANCIAL, INC.

    Counterclaim Defendants.

# MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

IT IS HEREBY ORDERED that parties' Joint Stipulated Motion to Amend Supplemental Scheduling Order (*doc. # 132*) is GRANTED. The deadline for Rule 26(a)(2) AFFIRMATIVE expert disclosures is extended to **March 11, 2009** and the deadline for Rule 26(a)(2) REBUTTAL expert disclosures is extended to **April 10, 2009**.

Parties have assured the court that extension of the expert deadlines will not adversely affect any other established deadline. In granting the instant motion, the court will accept these representations and expect all discovery to be completed by May 1, 2009.

**DATED:** January 29, 2009