IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 08-cv-00911-WYD-CBS

MERCURY COMPANIES, INC.,
AMERICAN HERITAGE TITLE AGENCY, INC.,
d/b/a FIRST AMERICAN HERITAGE TITLE COMPANY OF DENVER;
SECURITY TITLE GUARANTY CO.,
TITLE AMERICA, INC., and
UNITED TITLE COMPANY, INC.,

    Plaintiffs,

v.

THE FIRST AMERICAN CORPORATION, and
FIRST AMERICAN TITLE INSURANCE COMPANY,

    Defendants.

and

THE FIRST AMERICAN CORPORATION, and
FIRST AMERICAN TITLE INSURANCE COMPANY,

    Counterclaim Plaintiffs,

v.

MERCURY COMPANIES, INC.,
AMERICAN HERITAGE TITLE AGENCY, INC.,
d/b/a FIRST AMERICAN HERITAGE TITLE COMPANY OF DENVER,
also d/b/a FIRST AMERICAN TITLE COMPANY OF DENVER,
also d/b/a FIRST AMERICAN HERITAGE TITLE COMPANY, INC.;
SECURITY TITLE GUARANTY CO.,
TITLE AMERICA, INC.,
UNITED TITLE COMPANY, INC., and
FIDELITY NATIONAL FINANCIAL, INC.

    Counterclaim Defendants.

**MINUTE ORDER**

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

IT IS HEREBY ORDERED that the Unopposed Motion to Consolidate for Discovery Purposes (*doc. # 139)* is GRANTED. *American Heritage Title Agency, Inc. d/b/a First American Heritage Title Company of Denver v. The First American Corporation et. al*, Civil Action No. 09-cv-00125 is hereby consolidated into this action for discovery purposes only.

IT IS FURTHER ORDERED that the Unopposed Motion for Extension of Deadlines (*doc. # 141)* is GRANTED. The deadlines set forth in the Supplemental Scheduling Order (*doc. # 62)* and as revised by the Order (*doc. # 135)* of January 29, 2009 are modified as follows:

**8. CASE PLAN AND SCHEDULE**

B. Discovery Cut-off: **June 30, 2009**.

C. Dispositive Motion Deadlines: **July 31, 2009**.

D. Expert Witness Disclosure:

(3) The parties shall designate all affirmative experts and provide opposing counsel with all information specified in Fed.R.Civ.P. 26(a)(2) on or before **May 11, 2009**.

(4) The parties shall designate all rebuttal experts and provide opposing counsel with all information specified in Fed.R.Civ.P. 26(a)(2) on or before **June 9, 2009**.

F. Interrogatory Schedule: All interrogatories must be served no later than 33 days before the June 30, 2009 discovery cutoff.

G. Request For Production Schedule: All requests for production must be served no later than 33 days before the June 30, 2009 discovery cutoff.

All terms of the Scheduling Order and the Supplemental Scheduling Order shall remain in full force and effect unless specifically modified here or otherwise amended by the Court.

IT IS FURTHER ORDERED that the final pretrial conference set for October 6, 2009 is **VACATED** and **RESET** to **November 23, 2009 at 10:00 a.m. (Mountain Time)** in Courtroom A-402, Fourth Floor, of the Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado. Parties shall submit a proposed final pretrial order no later than 5 days prior to the scheduled conference.

**DATED:** March 13, 2009