IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 08-cv-00911-WYD-CBS

MERCURY COMPANIES, INC.,
AMERICAN HERITAGE TITLE AGENCY, INC.,
d/b/a FIRST AMERICAN HERITAGE TITLE COMPANY OF DENVER;
SECURITY TITLE GUARANTY CO.,
TITLE AMERICA, INC., and
UNITED TITLE COMPANY, INC.,

    Plaintiffs,

v.

THE FIRST AMERICAN CORPORATION, and
FIRST AMERICAN TITLE INSURANCE COMPANY,

    Defendants.

and

THE FIRST AMERICAN CORPORATION, and
FIRST AMERICAN TITLE INSURANCE COMPANY,

    Counterclaim Plaintiffs,

v.

MERCURY COMPANIES, INC.,
AMERICAN HERITAGE TITLE AGENCY, INC.,
d/b/a FIRST AMERICAN HERITAGE TITLE COMPANY OF DENVER,
also d/b/a FIRST AMERICAN TITLE COMPANY OF DENVER,
also d/b/a FIRST AMERICAN HERITAGE TITLE COMPANY, INC.;
SECURITY TITLE GUARANTY CO.,
TITLE AMERICA, INC.,
UNITED TITLE COMPANY, INC., and
FIDELITY NATIONAL FINANCIAL, INC.,

    Counterclaim Defendants.

### MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

THIS MATTER, having come before the Court upon the parties' Joint Unopposed Motion For Suspension of Litigation, Suspension of Discovery and Tolling of Claims (*doc. # 149)*, and the court having reviewed the Motion, and being fully advised,

Hereby GRANTS the instant motion. This litigation, including all discovery, is hereby suspended for a period of sixty (60) days from June 24, 2009. The following deadlines, as set forth in the Minute Order dated March 13, 2009 (doc. no. 143), are hereby vacated:

> Discovery Cut-off: June 30, 2009.
> Dispositive Motion Deadlines: July 31, 2009.
> Interrogatory Schedule: All interrogatories must be served no later than 33 days before the June 30, 2009 discovery cutoff.
> Request For Production Schedule: All requests for production must be served no later than 33 days before the June 30, 2009 discovery cutoff.

The parties' expert disclosure deadlines were stayed by an earlier Minute Order (doc. no. 146).

**DATED:**     June 29, 2009