IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.  08-cv-00911-WYD-CBS

MERCURY COMPANIES, INC.;
AMERICAN HERITAGE TITLE AGENCY, INC., d/b/a FIRST AMERICAN HERITAGE
TITLE COMPANY OF DENVER;
SECURITY TITLE GUARANTY CO.;
TITLE AMERICA, INC.; and
UNITED TITLE COMPANY, INC.,

    Plaintiffs and Counterclaim Defendants,

v.

THE FIRST AMERICAN CORPORATION; and
FIRST AMERICAN TITLE INSURANCE COMPANY,

    Defendants and Counterclaimants.

## ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER, having come before the Court upon the parties' Joint Motion to Dismiss Pursuant to Fed.R.Civ.P. 41(a)(2), and being fully advised, it is hereby

ORDERED that the Joint Motion to Dismiss Pursuant to Fed.R.Civ.P. 41(a)(2) [doc. #156], filed September 11, 2009, is GRANTED.  It is further

ORDERED that this action shall be dismissed, with prejudice and each party shall pay its own attorneys' fees and costs.

Dated: September 11, 2009

BY THE COURT:


s/ Wiley Y. Daniel
Wiley Y. Daniel
Chief United States District Judge